# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 3, 2010

Marilyn Kelly,
Chief Justice

141532

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

KATHY LYNN JASTIFER,
     Plaintiff-Appellee,

v

SC: 141532
COA: 291988
Montcalm CC: 08-010738-DO

CHRISTOPHER PETER JASTIFER,
     Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the July 13, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 3, 2010

Clerk

1124